UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MICHAEL ARENA,<br>        Plaintiff,<br>    v.<br>JOHN DOE,<br>        Defendant. | Case No.  14-cv-02874-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

This action was opened in error, and is hereby DISMISSED without prejudice.  No filing fee is due.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  August 5, 2014

_____
WILLIAM H. ORRICK
United States District Judge